371 A.2d 1298

Commonwealth v. Ickes, Appellant.

Argued November 9, 1976. Ralph T. Forr,

612

Jr., with him Donald E. Speice, Assistant Public Defender, for appellant; J. Michael Dorezas, Assistant District Attorney, and Amos C. Davis, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.